**IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

BILLY JOE BASS,

       Plaintiff,

vs.                                        CASE NO.: 4:07cv475-SPM

CITY OF MADISON, FLORIDA,

       Defendant.

_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' "Joint Stipulation for Dismissal" (doc. 32) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the Clerk shall close this case.

SO ORDERED this <u>twelfth</u> day of May, 2008.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge